**Elmer Steve Fuentes HERNANDEZ, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 14–71200**

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 **

OCTOBER 2, 2017

Scott Daniel McVarish, Immigration Law Office of Los Angeles, Culver City, CA, for Petitioner.

Kathryn McKinney, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel

Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, TALLMAN, and N. R. SMITH, Circuit Judges.

MEMORANDUM *

Elmer Steve Fuentes Hernandez, a native and citizen of Honduras, petitions for review of an immigration judge's ("IJ") order affirming the decision of an asylum officer during expedited removal proceedings. We dismiss the petition for review.

We lack jurisdiction to review the IJ's order because it was issued pursuant to 8 U.S.C. § 1225(b)(1) and none of the exceptions to the restriction on judicial review of expedited removal orders apply. *See* 8 U.S.C. § 1252(a)(2)(A)(iii) ("no court shall have jurisdiction to review" determinations made under 8 U.S.C. § 1225(b)(1)(B)); *Pena v. Lynch*, 815 F.3d 452, 455–56 (9th Cir. 2016) (concluding this court generally lacks jurisdiction to review removal orders issued pursuant to 8 U.S.C. § 1225(b)(1) and describing the limited exceptions).

**PETITION FOR REVIEW DISMISSED.**

---

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.